Sean O. Anderson
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID E. WALL III,<br><br>Defendant. | Docket Number 6:20-PO-00646-HBK<br><br>**MOTION TO CONVERT VIOLATION NUMBER 09909929 TO BAILABLE VIOLATION AND RESOLVE VIOLATION THROUGH FORFEITURE OF COLLATERAL; AND ORDER THEREON** |

The United States, through its representative, Sean O. Anderson, Yosemite Legal Officer hereby move this Court to resolve the above-captioned matter, violation number 09909929, through a forfeiture of collateral, $370, plus the $30 processing fee, to be paid within 90 days from the date of the signed order to pay. Defendant does not object.

                                                                    Respectfully submitted,

                                                                    McGREGOR SCOTT
                                                                    United States Attorney

Dated: January 28, 2021                 /S/ *Sean O. Anderson*
                                                                    SEAN O. ANDERSON
                                                                    Legal Officer
                                                                    Yosemite National Park

# **ORDER**

Upon motion of the United States in the matter of *United States v. Wall III*, case no. 6:20-PO-00646-HBK, violation number 09909929 may be resolved through forfeiture of collateral in the amount of $370.00, plus a $30.00 processing  for total amount of $400.00, with payment due within **ninety (90) days** from the date of this Order.

IT IS SO ORDERED.

Dated:   January 29, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE